**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: DERMODY, COLLEEN | § Case No. 09-24462-BWB |
| | § |
| | § |
| Debtor(s) | § |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that THOMAS B. SULLIVAN, TRUSTEE   , trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   219 S DEARBORN STREET
   7TH FLOOR
   CHICAGO, IL  60604

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within   20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 03/09/2012 in Courtroom 201, United States Courthouse,
57 N. OTTAWA, ROOM 201
JOLIET, IL  60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  02/08/2012          By:  /s/THOMAS B. SULLIVAN, TRUSTEE
                       Trustee

THOMAS B. SULLIVAN, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: DERMODY, COLLEEN § Case No. 09-24462-BWB
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

|  |  |
|---|---|
| *The Final Report shows receipts of* | $ 7,604.21 |
| *and approved disbursements of* | $ 1,322.60 |
| *leaving a balance on hand of* [1] | $ 6,281.61 |
| **Balance on hand:** | $ 6,281.61 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None |  |  |  |  |  |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 6,281.61

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS B. SULLIVAN, TRUSTEE | 738.00 | 0.00 | 738.00 |
| Trustee, Expenses - THOMAS B. SULLIVAN, TRUSTEE | 755.00 | 0.00 | 755.00 |
| Attorney for Trustee, Fees - Grochocinski, Grochocinski & Lloyd, Ltd. | 2,750.00 | 0.00 | 2,750.00 |
| Attorney for Trustee, Expenses - Grochocinski, Grochocinski & Lloyd, Ltd. | 168.45 | 0.00 | 168.45 |

Total to be paid for chapter 7 administration expenses: $ 4,411.45
Remaining balance: $ 1,870.16

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 1,870.16

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,900.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Denis and Terri Durgan Durgin | 1,900.00 | 0.00 | 1,870.06 |

Total to be paid for priority claims: $ 1,870.06
Remaining balance: $ 0.10

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 2,798,374.31 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Yellow Book USA (MPM | 2,299.70 | 0.00 | 0.00 |
| 3 | D.L. Cook Corporation | 14,331.23 | 0.00 | 0.00 |
| 4 | EcoLab | 137.56 | 0.00 | 0.00 |
| 5 | Jack and Sherrill Nelson | 1,030,667.05 | 0.00 | 0.00 |
| 6 | PNC Bank N.A. | 771,616.40 | 0.00 | 0.00 |
| 7U | Downers Grove National Bank | 968,301.95 | 0.00 | 0.00 |
| 8 | Advanced Data Technologies | 11,020.42 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.10

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:  $       0.00
Remaining balance:  $       0.10

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:  $       0.00
Remaining balance:  $       0.10

Prepared By:  /s/THOMAS B. SULLIVAN, TRUSTEE
                            Trustee

THOMAS B. SULLIVAN, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                          United States Bankruptcy Court
                          Northern District of Illinois

In re:                                                       Case No. 09-24462-BWB
Colleen Kripp Dermody                                        Chapter 7
         Debtor              CERTIFICATE OF NOTICE

District/off: 0752-1             User: froman              Page 1 of 3              Date Rcvd: Feb 09, 2012
                                 Form ID: pdf006           Total Noticed: 40


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 11, 2012.
db           #+Colleen Kripp Dermody,    20 Abbeyfeale Drive,    Oswego, IL 60543-9486
aty           +Grochocinski Grochocinski & Lloyd Ltd,    1900 Ravinia Place,    Orland Park, IL 60462-3760
14130778      +A.1 Credit Corp.,    101 Hudson Street,    Jersey City, NJ 07302-3961
14328595       American Family Insurance,    PO Box 9462,    Minneapolis, MN 55440-9462
14130781      +Aurora Country Club,    1584 W. Prairie,    Aurora, IL 60506
14130784      +Camille's Corporate,    599 W. Crossville Rd.,    Roswell, GA 30075-2501
14130785      +Castle Bank, N.A.,    6601 Route 34,    Oswego, IL 60543-9127
14130786      +Chase VISA,    Cardmember Services,    P.O. Box 15153,    Wilmington, DE 19886-5153
14130787       Countryside,    3584 Rte. 126,    Oswego, IL 60543
14130789      +D.L. Cook Corporation,    4485 State Route 71,    PO Box 801,    Oswego, IL 60543-0801
14130790       Denis and Terri Durgan Durgin,    1125 N. Edison,    Milwaukee, WI 53202-3147
14130791      +Downers Grove National Bank,    Edmund M Burke,    Chuhak & Tecson, PC,
                30 S Wacker Drive, Suite 2600,    Chicago, IL 60606-7512
14130793      +Ed Don,    2562 Paysphere Circle,    Chicago, IL 60674-0001
14130794      +First Midwest Bank,    One Pierce Place,    Suite 1500,    Itasca, IL 60143-1254
14130796      +Foster Premiere,    456B N. Weber Road,    Romeoville, IL 60446-5362
14130797      +Jack and Sherrill Nelson,    Ean L Kryska,    Smith Amundsen, LLC,    150 N Michigan Ave, Suite 3300,
                Chicago, IL 60601-7621
14130800      +John McNulty,    225 E. Wilson Street,    Elmhurst, IL 60126-4513
14130802      +Liturgical Publications,    P.O. Box 510817,    New Berlin, WI 53151-0817
14130803       Midland Loan Services, Inc.,    c/o Customer Service,    P.O. Box 25965,
                Shawnee Mission, KS 66225-5965
14688138      +Mr. Robert West, Vice President,    PNC Bank N.A.,    1 North Franklin, Suite 2150,
                Chicago, Illinois 60606-3475
14130805      +National City Bank,    One North Franklin,    Suite 2150,    Chicago, IL 60606-3475
14130806      +NuCO2,    P.O. Box 9011,    Stuart, FL 34995-9011
14130807      +Ogden & Co.,    8112 W. Blue Mound Road,    Milwaukee, WI 53213-3356
14688144      +PNC Bank N.A.,    c/o National City Bank,    Crowley & Lamb, PC,    350 N LaSalle St, Suite 900,
                Chicago, IL 60654-5136
14130809      +Philip Rae & Company,    564 S. Washington, Suite 200,    Naperville, IL 60540-6674
14130810      +Quick Kill,    914 E. Main Street,    Streator, IL 61364-3137
14130812      +RP Holdings I, LLC,    808 S. Deborah Lane,    Mount Prospect, IL 60056-4011
14130814     ++SPRINT NEXTEL CORRESPONDENCE,    ATTN BANKRUPTCY DEPT,    PO BOX 7949,
                OVERLAND PARK KS 66207-0949
              (address filed with court: Sprint,    P.O. Box 4181,    Carol Stream, IL 60197)
14130813      +Society Insurance,    150 Camelot Drive,    P.O. Box 1029,    Fond Du Lac, WI 54936-1029
14130815      +Thomas F. Brett II,    Ungaretti & Harris,    70 W. Madison Street, Suite 3500,
                Chicago, IL 60602-4283
14130816      +Tom Roberts,    909 Poydras St.,    24th Floor,    New Orleans, LA 70112-4000
14130818      +US Foods,    One Quality Lane,    Streator, IL 61364-3975
14130819      +Valley Linen,    562 S. River St.,    Aurora, IL 60506-5599
14130820      +Village of North Aurora,    25 E. State Street,    North Aurora, IL 60542-1690
14130821      +Walter R. Morrisey,    Morrissey & Robinson,    One Oakbrook Terrace, Suite 802,
                Oakbrook Terrace, IL 60181-4476
14130824      +Xpient Solutions,    11525 Carmel Commons Blvd. Suite 10,    Charlotte, NC 28226-5302
14130825      +Yellow Book USA (MPM,    c/o RMS Bankruptcy Recovery Services,    PO Box 5126,
                Timonium, Maryland 21094-5126

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14130779      +E-mail/Text: dkelsch@webadt.com Feb 10 2012 01:57:40      Advanced Data Technologies,
                1075 Shore Road,    Naperville, IL 60563-8758
14130782      +E-mail/Text: kevin.ameriks@bridgeviewbank.com Feb 10 2012 01:58:38      Bridgeview Bank Group,
                7940 S. Harlem Ave.,    Bridgeview, IL 60455-1598
14130792      +E-mail/Text: bankruptcynotices@ecolab.com Feb 10 2012 02:12:49      EcoLab,    P.O. Box 70343,
                Chicago, IL 60673-0343
                                                                                              TOTAL: 3

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty            David P Lloyd
14130780       Annette Hensley
14130783       Bridgeview Bank Group
14130788       CSC North Aurora LLC
14130798       JAMM Concepts, LLC
14130799       Jeffrey Hensley
14130801       Kevin Dermody
14130808       Oswego Suites, LLC
14130811       Randall Crossings I, LLC
14130777       Two Thousand 7 Colleen K. Dermody Irrevocable,    Life Insurance Trust
14130822       Washington River LLC
14130823       Washington River, LLC
```

```
District/off: 0752-1            User: froman                Page 2 of 3                  Date Rcvd: Feb 09, 2012
                                Form ID: pdf006             Total Noticed: 40

14130795*    +First Midwest Bank,   One Pierce Place, Suite 1500,    Itasca, IL 60143-1254
14130804   ##+Nancy Grayheck,   737 S. Elm Street,   Hinsdale, IL 60521-4625
14130817   ##+Troy M. Sphar,   Griffin Law Offices,   656 W. Randolph, Suite 500W,   Chicago, IL 60661-2165
                                                                                          TOTALS: 12, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 11, 2012**                       **Signature:**       _Joseph Speetjens_

```
District/off: 0752-1           User: froman                Page 3 of 3                   Date Rcvd: Feb 09, 2012
                               Form ID: pdf006             Total Noticed: 40
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 8, 2012 at the address(es) listed below:

```
              Ariane  Holtschlag    on behalf of Trustee Thomas Sullivan lawyers@ggl-law.com
              Brian R Zeeck    on behalf of Creditor  Bridgeview Bank Group bzeeck@hinshawlaw.com
              David E Grochocinski    on behalf of Trustee Thomas Sullivan lawyers@ggl-law.com,
               lawyers@ggl-law.com
              David P Lloyd    on behalf of Trustee Thomas Sullivan dlloyd@ggl-law.com
              Francis J. Pendergast    on behalf of Creditor  National City Bank fpendergast@crowleylamb.com
              Francisco  Connell    on behalf of Creditor  Downers Grove National Bank, N.A. fconnell@chuhak.com,
               kgord@chuhak.com
              James M. Crowley    on behalf of Creditor  PNC Bank National Association jcrowley@crowleylamb.com
              Matthew M. Hevrin    on behalf of Creditor  Bridgeview Bank Group mhevrin@hinshawlaw.com,
               jfornal@hinshawlaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Richard M Fogel    on behalf of Debtor Colleen Dermody rfogel@shawgussis.com
              Steven B Towbin    on behalf of Debtor Colleen Dermody stowbin@shawgussis.com
              Thomas B Sullivan    tsullivan@ggl-law.com,  IL19@ecfcbis.com
              William J Connelly    on behalf of Creditor  Bridgeview Bank Group wconnelly@hinshawlaw.com
                                                                                             TOTAL: 13
```