**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: DERMODY, COLLEEN         § Case No. 09-24462-BWB
                                §
                                §
                                §
Debtor(s)                       §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    THOMAS B. SULLIVAN, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $674,122.50                      Assets Exempt: $45,491.79
*(without deducting any secured claims)*

Total Distribution to Claimants: $1,870.16         Claims Discharged
                                                   Without Payment: $2,798,404.15

Total Expenses of Administration: $5,734.05

---

    3) Total gross receipts of $ 7,604.21 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $7,604.21 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $2,304,841.73 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 12,836.46 | 5,734.05 | 5,734.05 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 1,900.00 | 1,900.00 | 1,870.16 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 2,798,374.31 | 2,798,374.31 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $5,117,952.50 | $2,806,008.36 | $7,604.21 |

4) This case was originally filed under Chapter 7 on July 06, 2009. The case was pending for 38 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/10/2012          By: /s/THOMAS B. SULLIVAN, TRUSTEE
                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1125 N. EDISON, MILWAUKEE WI | 1122-000 | 7,600.00 |
| Interest Income | 1270-000 | 4.21 |
| **TOTAL GROSS RECEIPTS** | | **$7,604.21** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7S | Downers Grove National Bank | 4110-000 | N/A | 2,304,841.73 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$2,304,841.73** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THOMAS B. SULLIVAN, TRUSTEE | 2100-000 | N/A | 1,510.41 | 738.00 | 738.00 |
| THOMAS B. SULLIVAN, TRUSTEE | 2200-000 | N/A | 755.00 | 755.00 | 755.00 |
| Grochocinski, Grochocinski & Lloyd, Ltd. | 3120-000 | N/A | 168.45 | 168.45 | 168.45 |
| Grochocinski, Grochocinski & Lloyd, Ltd. | 3110-000 | N/A | 9,080.00 | 2,750.00 | 2,750.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | | | |
|---|---|---|---|---|---|
| INTERNATIONAL SURETIES, | 2300-000 | N/A | 6.46 | 6.46 | 6.46 |
| WE ENERGIES | 2990-000 | N/A | 148.25 | 148.25 | 148.25 |
| WE ENERGIES | 2990-000 | N/A | 109.85 | 109.85 | 109.85 |
| WE ENERGIES | 2990-000 | N/A | 177.88 | 177.88 | 177.88 |
| WE ENERGIES | 2990-000 | N/A | 20.41 | 20.41 | 20.41 |
| KNIGHT-BARRY TITLE GROUP, INC. | 2990-000 | N/A | 50.00 | 50.00 | 50.00 |
| WE ENERGIES | 2990-000 | N/A | 207.86 | 207.86 | 207.86 |
| WE ENERGIES | 2990-000 | N/A | 124.16 | 124.16 | 124.16 |
| WE ENERGIES | 2990-000 | N/A | 69.62 | 69.62 | 69.62 |
| WE ENERGIES | 2990-000 | N/A | 50.28 | 50.28 | 50.28 |
| WE ENERGIES | 2990-000 | N/A | 63.76 | 63.76 | 63.76 |
| WE ENGERGIES | 2990-000 | N/A | 134.90 | 134.90 | 134.90 |
| WE ENERGIES | 2990-000 | N/A | 176.75 | 176.75 | 176.75 |
| INTERNATIONAL SURETIES, | 2300-000 | N/A | 5.06 | 5.06 | 5.06 |
| WE ENERGIES | 2990-000 | N/A | -134.90 | -134.90 | -134.90 |
| The Bank of New York Mellon | 2600-000 | N/A | 12.26 | 12.26 | 12.26 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | -25.00 | -25.00 | -25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $12,836.46 | $5,734.05 | $5,734.05 |

### EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Clerk Of The U.S. Bankruptcy Court - Denis and Terri | 5600-001 | N/A | 1,900.00 | 1,900.00 | 1,870.16 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $1,900.00 | $1,900.00 | $1,870.16 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Yellow Book USA (MPM | 7100-000 | N/A | 2,299.70 | 2,299.70 | 0.00 |
| 3 | D.L. Cook Corporation | 7100-000 | N/A | 14,331.23 | 14,331.23 | 0.00 |
| 4 | EcoLab | 7100-000 | N/A | 137.56 | 137.56 | 0.00 |
| 5 | Jack and Sherrill Nelson | 7100-000 | N/A | 1,030,667.05 | 1,030,667.05 | 0.00 |
| 6 | PNC Bank N.A. | 7100-000 | N/A | 771,616.40 | 771,616.40 | 0.00 |
| 7U | Downers Grove National Bank | 7100-000 | N/A | 968,301.95 | 968,301.95 | 0.00 |
| 8 | Advanced Data Technologies | 7100-000 | N/A | 11,020.42 | 11,020.42 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $2,798,374.31 | $2,798,374.31 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-24462-BWB  
**Case Name:** DERMODY, COLLEEN  

**Trustee:** (330180) THOMAS B. SULLIVAN, TRUSTEE  
**Filed (f) or Converted (c):** 07/06/09 (f)  
**§341(a) Meeting Date:** 08/04/09  

**Period Ending:** 09/10/12  
**Claims Bar Date:** 11/06/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 20 ABBEYFEALE DRIVE | 659,000.00 | 202,000.00 | DA | 0.00 | FA |
| 2 | 1125 N. EDISON, MILWAUKEE WI | 215,000.00 | 98,000.00 | | 7,600.00 | FA |
| 3 | PARADISE VILLAGE RESORT TIME SHARE | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | CASH | 300.00 | 0.00 | | 0.00 | FA |
| 5 | CHECKING | 87.26 | 0.00 | | 0.00 | FA |
| 6 | SAVINGS | 18.00 | 0.00 | | 0.00 | FA |
| 7 | FIDELITY INVESTMENTS | 0.67 | 0.00 | | 0.00 | FA |
| 8 | CHASE BANK MONEY MARKET | 80.00 | 0.00 | | 0.00 | FA |
| 9 | HOUSEHOLD GOODS | 3,500.00 | 0.00 | | 0.00 | FA |
| 10 | HOUSEHOLD GOODS | 422.50 | 0.00 | DA | 0.00 | FA |
| 11 | WEARING APPAREL | 1,000.00 | 0.00 | | 0.00 | FA |
| 12 | WEDING RINGS | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 13 | NEW YORK LIFE | 367.86 | 0.00 | | 0.00 | FA |
| 14 | MUTUAL OF NEW YORK | 6,643.00 | 0.00 | | 0.00 | FA |
| 15 | ILLINOIS TEACHER RETIREMENT FUND | 15,310.19 | 0.00 | | 0.00 | FA |
| 16 | FIDELITY INVESTMENTS | 3,170.74 | 0.00 | | 0.00 | FA |
| 17 | TAPHOUSE GRILL | Unknown | 0.00 | | 0.00 | FA |
| 18 | POTENTIAL REFUND | 7,000.00 | 7,000.00 | DA | 0.00 | FA |
| 19 | RIDING LAWNMOWER | 200.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 4.21 | FA |
| 20 | **Assets** Totals (Excluding unknown values) | **$919,600.22** | **$307,000.00** | | **$7,604.21** | **$0.00** |

**Major Activities Affecting Case Closing:**

EMPLOYED BROKERS IN ILLINOIS AND WISCONSIN; PURSUING SALE OF REAL ESTATE; ABANDONMENT OF REAL ESTATE SET FOR 1/28/11; SENT FINAL REPORT TO US TRUSTEE'S OFFICE ON DECEMBER 29, 2011

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-24462-BWB  
**Case Name:** DERMODY, COLLEEN  

**Trustee:** (330180) THOMAS B. SULLIVAN, TRUSTEE  
**Filed (f) or Converted (c):** 07/06/09 (f)  
**§341(a) Meeting Date:** 08/04/09  

**Period Ending:** 09/10/12  

**Claims Bar Date:** 11/06/09

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):** June 30, 2009   **Current Projected Date Of Final Report (TFR):** February 8, 2012 (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 09-24462-BWB  
**Case Name:** DERMODY, COLLEEN  

**Taxpayer ID #:** **-***5425  
**Period Ending:** 09/10/12  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****72-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/19/09 | {2} | TERRI & DENIS DURGIN | SEPTEMBER RENT | 1122-000 | 1,900.00 | | 1,900.00 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.02 | | 1,900.02 |
| 09/03/09 | {2} | DENIS & TERRI DURGIN | OCTOBER RENT | 1122-000 | 1,900.00 | | 3,800.02 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.13 | | 3,800.15 |
| 10/05/09 | {2} | DENIS OR TERRI DURGIN | NOVEMBER RENT PAYMENT | 1122-000 | 1,900.00 | | 5,700.15 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.21 | | 5,700.36 |
| 11/04/09 | {2} | DENIS OR TERRI DURGIN | DECEMBER RENTS | 1122-000 | 1,900.00 | | 7,600.36 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.30 | | 7,600.66 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.32 | | 7,600.98 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.29 | | 7,601.27 |
| 02/05/10 | 1001 | THOMAS B. SULLIVAN | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2009 FOR CASE #09-24462, BOND#016026455<br>Voided on 02/05/10 | 2300-000 | | 6.46 | 7,594.81 |
| 02/05/10 | 1001 | THOMAS B. SULLIVAN | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2009 FOR CASE #09-24462, BOND#016026455<br>Voided: check issued on 02/05/10 | 2300-000 | | -6.46 | 7,601.27 |
| 02/05/10 | 1002 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2009 FOR CASE #09-24462, BOND#016026455 | 2300-000 | | 6.46 | 7,594.81 |
| 02/17/10 | 1003 | WE ENERGIES | GAS & ELECTRIC 12/3109-1/3/10 - 1125 N. EDISON PROPERTY | 2990-000 | | 148.25 | 7,446.56 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.28 | | 7,446.84 |
| 03/22/10 | 1004 | WE ENERGIES | UTILITIES THRU 3/2/10 MILWAUKEE PROPERTY/ACCOUT #9448-891-468 | 2990-000 | | 109.85 | 7,336.99 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.33 | | 7,337.32 |
| 04/13/10 | 1005 | WE ENERGIES | UTILITIES FOR 1125 N EDISON STREET/ THRU 3/31/10 | 2990-000 | | 177.88 | 7,159.44 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.19 | | 7,159.63 |
| 04/20/10 | | Wire out to BNYM account 9200******7265 | Wire out to BNYM account 9200******7265 | 9999-000 | -7,159.63 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 442.44 | 442.44 | $0.00 |
| | | | Less: Bank Transfers | | -7,159.63 | 0.00 | |
| | | | **Subtotal** | | 7,602.07 | 442.44 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$7,602.07** | **$442.44** | |

{} Asset reference(s)

Printed: 09/10/2012 09:56 AM   V.13.02

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 09-24462-BWB  
**Case Name:** DERMODY, COLLEEN  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****72-66 - Checking Account  

**Taxpayer ID #:** **-***5425  
**Period Ending:** 09/10/12  

**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | | | | | |
| | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)

Printed: 09/10/2012 09:56 AM   V.13.02

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 09-24462-BWB  
**Case Name:** DERMODY, COLLEEN

**Taxpayer ID #:** **-***5425  
**Period Ending:** 09/10/12

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******72-65 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********7265 | Wire in from JPMorgan Chase Bank, N.A. account ********7265 | 9999-000 | 7,159.63 | | 7,159.63 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 0.10 | | 7,159.73 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 0.31 | | 7,160.04 |
| 06/28/10 | 11006 | WE ENERGIES | ACCT# 9448-891-468 FOR 5/2/10-6/1/10 USAGE/1125 N EDISON STREET, MILWAUKEE | 2990-000 | | 20.41 | 7,139.63 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 0.29 | | 7,139.92 |
| 07/20/10 | 11007 | KNIGHT-BARRY TITLE GROUP, INC. | TRACT SEARCH ON WI PROPERTY | 2990-000 | | 50.00 | 7,089.92 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 0.31 | | 7,090.23 |
| 08/24/10 | 11008 | WE ENERGIES | ACCT#9448-891-468/UTILITIES 6/30/10 TO 8/1/10 | 2990-000 | | 207.86 | 6,882.37 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 0.29 | | 6,882.66 |
| 09/08/10 | 11009 | WE ENERGIES | 8/1/10-8/30/10 - UTILITIES AT 1125 N EDISON | 2990-000 | | 124.16 | 6,758.50 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,758.55 |
| 10/05/10 | 11010 | WE ENERGIES | UTILITIES 8/30/10-9/29/10/1125 N EDISON STREET, MILWAUKEE, WI | 2990-000 | | 69.62 | 6,688.93 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,688.98 |
| 11/16/10 | 11011 | WE ENERGIES | UTILITIES 1125 N EDISON ST/ 9/29/10-10/28/10 | 2990-000 | | 50.28 | 6,638.70 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,638.75 |
| 12/07/10 | 11012 | WE ENERGIES | SERVICE 10/28/10-11/30/10 FOR 1125 N EDISON STREET, MILWAUKEE, WI | 2990-000 | | 63.76 | 6,574.99 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,575.04 |
| 01/12/11 | 11013 | WE ENGERGIES | UTILITIES FOR 1125 N EDISON, 11/30/10-1/2/11 | 2990-000 | | 134.90 | 6,440.14 |
| 01/20/11 | 11014 | WE ENERGIES | FINAL INVOICE-- 1/2/11-1/12/11 | 2990-000 | | 176.75 | 6,263.39 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,263.44 |
| 02/15/11 | 11015 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/15/2011 FOR CASE #09-24462, Bond# 016026455 | 2300-000 | | 5.06 | 6,258.38 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 6,258.42 |
| 03/03/11 | | WE ENERGIES | REFUND OF UTILITY COSTS | 2990-000 | | -134.90 | 6,393.32 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,393.37 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,393.42 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,393.47 |

Subtotals : $7,161.37   $767.90

{} Asset reference(s)

Printed: 09/10/2012 09:56 AM    V.13.02

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 09-24462-BWB  
**Case Name:** DERMODY, COLLEEN  
**Taxpayer ID #:** **-***5425  
**Period Ending:** 09/10/12  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******72-65 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,393.52 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,393.57 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 12.26 | 6,381.31 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,381.36 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,356.36 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,356.41 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,331.41 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,331.46 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,306.46 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,306.51 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,281.51 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,281.56 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,256.56 |
| 01/05/12 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -25.00 | 6,281.56 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,281.61 |
| 04/03/12 | 11016 | THOMAS B. SULLIVAN, TRUSTEE | Dividend paid 100.00% on $738.00, Trustee Compensation; Reference: | 2100-000 | | 738.00 | 5,543.61 |
| 04/03/12 | 11017 | THOMAS B. SULLIVAN, TRUSTEE | Dividend paid 100.00% on $755.00, Trustee Expenses; Reference: | 2200-000 | | 755.00 | 4,788.61 |
| 04/03/12 | 11018 | Grochocinski, Grochocinski & Lloyd, Ltd. | Dividend paid 100.00% on $168.45, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 168.45 | 4,620.16 |
| 04/03/12 | 11019 | Grochocinski, Grochocinski & Lloyd, Ltd. | Dividend paid 100.00% on $2,750.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 2,750.00 | 1,870.16 |
| 04/03/12 | 11020 | Denis and Terri Durgan Durgin | Dividend paid 98.42% on $1,900.00; Claim# 2; Filed: $1,900.00; Reference:<br>Voided on 04/24/12 | 5600-000 | | 1,870.16 | 0.00 |
| 04/24/12 | 11020 | Denis and Terri Durgan Durgin | Dividend paid 98.42% on $1,900.00; Claim# 2; Filed: $1,900.00; Reference:<br>Voided: check issued on 04/03/12 | 5600-000 | | -1,870.16 | 1,870.16 |
| 07/12/12 | 11021 | Clerk Of The U.S. Bankruptcy Court | DEPOST OF UNCLAIMED FUNDS | 5600-001 | | 1,870.16 | 0.00 |

|  |  | **ACCOUNT TOTALS** | 7,161.77 | 7,161.77 | $0.00 |
|---|---|---|---|---|---|
|  |  | Less: Bank Transfers | 7,159.63 | 0.00 | |
|  |  | **Subtotal** | 2.14 | 7,161.77 | |
|  |  | Less: Payments to Debtors | | 0.00 | |
|  |  | **NET Receipts / Disbursements** | **$2.14** | **$7,161.77** | |

{} Asset reference(s)      Printed: 09/10/2012 09:56 AM    V.13.02

Case 09-24462   Doc 74   Filed 09/28/12   Entered 09/28/12 14:43:55   Desc Main
          Document      Page 12 of 12

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

**Case Number:** 09-24462-BWB  
**Case Name:** DERMODY, COLLEEN  

**Taxpayer ID #:** **-***5425  
**Period Ending:** 09/10/12  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******72-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

|  | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **MMA # ***-*****72-65** | 7,602.07 | 442.44 | 0.00 |
| **Checking # ***-*****72-66** | 0.00 | 0.00 | 0.00 |
| **Checking # 9200-******72-65** | 2.14 | 7,161.77 | 0.00 |
| **Checking # 9200-******72-66** | 0.00 | 0.00 | 0.00 |
| | **$7,604.21** | **$7,604.21** | **$0.00** |

{} Asset reference(s)  
Printed: 09/10/2012 09:56 AM    V.13.02